IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORBIN CURRY**                                                                                              **PLAINTIFF**

V.                              Case No. 4:24-cv-00066-LPR-BBM

**RODNEY WRIGHT**, *Sheriff, Saline County Sheriff's Office*; **GILLIAM**, *Captain, Saline County Detention Center*; and **SCHAFER**, *Sergeant, Saline County Detention Center*                              **DEFENDANTS**

## ORDER

On January 25, 2024, Corbin Curry, an inmate at the Saline County Detention Facility, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1] On February 5, 2024, the Court entered an Order directing Plaintiff to, within thirty (30) days, either pay the $405 filing fee or file a properly completed motion to proceed *in forma pauperis*.[2] The Court warned Plaintiff that his failure to comply with the Order would result in the dismissal of his Complaint without prejudice.[3] Plaintiff has not complied with, or otherwise responded to, the February 5, 2024 Order, and the time for doing so has expired.

Accordingly, Plaintiff's Complaint (Doc. 1) is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) for failure to prosecute. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 25th day of March 2024.

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 3). The Order was entered by United States Magistrate Judge Benecia B. Moore.

[3] *Id.* at 3.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE